UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 18, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE QUEVEDO SALAZAR,

    Defendant.

Case No.  2:24-mj-00074-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE QUEVEDO SALAZAR ,

Case No. 2:24-mj-00074-CKD , Charge 21 U.S.C. § 846, 841(a)(I) & (b)(I)(A)(viii)) ,

from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other):  The defendants release is delayed until 06/20/2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 18, 2024 at 3:00 PM.

By: _/s/ Allison Claire_____
Magistrate Judge Allison Claire